257 So.2d 153

**STATE of Louisiana**
**v.**
**Clyde J. WEBER.**

No. 52116.

Feb. 10, 1972.

In re: Clyde J. Weber applying for writs of certiorari or review, prohibition and mandamus, and stay order.

Application denied. Under the particular circumstances of this case the exercise of our supervisory jurisdiction is not warranted.

BARHAM, J., does not concur.

257 So.2d 153

**STATE of Louisiana ex rel.**
**Alfred Charles LEE**
**v.**
**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52129.

Feb. 10, 1972.

In re: Alfred Charles Lee applying for writs of mandamus, certiorari and habeas corpus.

Application denied. Since a hearing has been fixed in the trial court for February 24, 1972, the exercise of our supervisory jurisdiction is not warranted.

BARHAM, J., does not concur. This arises in the same jurisdiction as State ex rel. Lynn v. Henderson, 260 La. 294, 255 So.2d 774. See my dissent there.